ANNA HOWLEY, as Administratrix, etc., of JAMES HOWLEY, Substituted in Place of JAMES HOWLEY, Deceased, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 2.) — Appeals from an original order denying motion of defendant to vacate the judgment for [original] plaintiff and to grant a new trial on the ground of newly-discovered evidence, dated March 24, 1941, and from such order as resettled, dated May 13, 1941, dismissed, without costs. In the light of the disposition of the appeal from the judgment (*ante*, p. 828, decided herewith), these appeals are academic. Hagarty, Johnston, Taylor and Close, JJ., concur; Lazansky, P. J., concurs, but states that in his opinion there was ample ground for setting aside the verdict on the ground of newly-discovered evidence, if the verdict had not been disposed of otherwise.

In the Matter of the Application of ABRAHAM ROSENBLUM, BERTRAM SOMMER, RALPH S. HEIN and H. WILLIAM ROSENBLUM to Fix and Determine Their Fees as Attorneys and to Enforce a Lien Therefor upon the Interest and Claims of FLORENCE BREVOORT EICKEMEYER in the Estate of JAMES R. BREVOORT, Deceased. BANK OF THE MANHATTAN COMPANY, as Executor, etc,, of FLORENCE BREVOORT EICKEMEYER, Deceased, Appellant, Respondent; ABRAHAM ROSENBLUM and Others, Respondents, Appellants.— Appeal by the executor of a deceased legatee, and cross-appeal by the petitioners, from an order of the Surrogate's Court, Westchester County, in a proceeding to fix and determine the compensation of the petitioners for legal services rendered on behalf of said deceased legatee. Order in so far as it denies the motion of Bank of the Manhattan Company, as executor of said deceased legatee, to dismiss the proceeding, and in so far as it grants the motion of said executor to strike out the affidavit of Abraham Rosenblum, sworn to on November 22, 1940, and filed in the proceeding, affirmed, without costs. No opinion. Lazansky, P. J., Johnston, Taylor and Close, JJ., concur; Adel, J., not voting.